# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 164 |
| | : | |
| APPOINTMENT TO THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2018, the Honorable Stephanie A. Domitrovich, Erie County, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2018.